UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEREMY ROMANOFSKY, <br><br> *Plaintiff* <br><br> v. <br><br> TALK OF THE TOWN DINER I, INC. d/b/a THE TALK RESTAURANT and KAZAR KEUCHKARIAN, JR., <br><br> *Defendants* | CIVIL ACTION NO. 15-cv-14224 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff hereby dismisses this action.

                                                        Respectfully submitted,

                                                        JEREMY ROMANOFSKY,
                                                        By his attorney,

                                                        */s/ William T. Harrington*
                                                        William T. Harrington
                                                        171 Milk Street, 2nd Floor
                                                        Boston, MA 02109
                                                        (617) 426-7400
                                                        wharringtonlaw@gmail.com
                                                        BBO No 564445

Dated:  February 10, 2016